**Dismiss and Opinion Filed March 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00166-CR

### EX PARTE RAFAEL H. HERNANDEZ-BLANCO A/K/A
### RAFAEL BLANCO-HERNANDEZ

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82676-08**

## MEMORANDUM OPINION
Before Chief Justice Wright, Justices Myers and Brown
Opinion by Chief Justice Wright

Rafael Hernandez-Blanco appealed the trial court's order denying him the relief sought by his article 11.072 application for writ of habeas corpus. By order dated February 11, 2015, the Court ordered the Collin County District Clerk to file, within fifteen days, either the clerk's record or written verification that appellant, who is represented by retained counsel, has not paid for the record. We warned appellant that if we received verification of non-payment, we would, without further notice, dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b). On February 26, 2015, we received a letter from the Collin County District Clerk stating appellant has not paid for the record. She included a letter from appellant's counsel directed to the District Clerk that appellant no longer desires to pursue the appeal. Although, by letter dated March 2, 2015, we directed appellant's counsel to file a motion to dismiss the appeal in this Court, no such motion has been filed.

Accordingly, pursuant to our order of February 11, 2015, we dismiss the appeal for want of prosecution. *See id.*


Do Not Publish
TEX. R. APP. P. 47
150166F.U05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EX PARTE RAFAEL H. HERNANDEZ-
BLANCO A/K/A RAFAEL BLANCO-
HERNANDEZ

No. 05-15-00166-CR

On Appeal from the 401st Judicial District
Court, Collin County, Texas
Trial Court Cause No. 380-82676-08.
Opinion delivered by Chief Justice Wright,
Justices Myers and Brown participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of prosecution.

Judgment entered March 19, 2015.